**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

KIMBERLY BLANCHARD and
JOHNNIE BROOKS,

      Plaintiffs,

v.                              Case No.  8:08-cv-1338-T-30EAJ

JEFFERSON NATIONAL LIFE
INSURANCE COMPANY,

      Defendant.
_____/

### ORDER OF DISMISSAL

      The Court has been advised via a Mediation Report (Dkt. #32) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

      **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

      **DONE** and **ORDERED** in Tampa, Florida on February 20, 2009.

                                _____
                                JAMES S. MOODY, JR.
                                UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2008\08-cv-1338.dismissal.wpd